IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RUDY A. SANTANA,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

3:15-cv-00721

(Judge Mariani)

## ORDER

**AND NOW,** this 17th day of April, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Pennsylvania.

2. The Clerk of Court shall **CLOSE** this case.

Robert D. Mariani
United States District Judge